IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIS ELECTRICAL, | No. C 02-00694 MJJ |
| Plaintiff, | |
| v. | |
| WATKINS ENGINEERS, *et al*. | |
| Defendants. | |

Currently pending before the Court are Plaintiff's Motion for Attorneys' Fees (Doc. #230) and Motion for Prejudgment and Penalty Interest (Doc. #229). Also pending is Defendants' Motion for Judgment Notwithstanding the Verdict and Motion for New Trial (Doc. #216). In the interest of efficiency and economy, the Court **VACATES** the October 25, 2005 hearing, and sets the Motion for Attorneys' Fees, Motion for Prejudgment and Penalty Interest, and Motion for Judgment Notwithstanding the Verdict for **November 22, 2005 at 9:30 a.m.**

**IT IS SO ORDERED.**

Dated: 10/11/2005

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE